[No. 58677-7-I. Division One. June 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH JAMES PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12863-0, Catherine D. Shaffer, J., entered July 25, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 58727-7-I. Division One. June 25, 2007.]

*In the Matter of the Custody of* ERIK MAX LOFTUS.

MARK ANDREW LOFTUS, *Appellant*, and SALLY MALAN, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-3-01808-9, Bruce I. Weiss, J. Pro Tem., entered August 4, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58826-5-I. Division One. June 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY ALLEN HOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 06-1-05023-9, Alan R. Hancock, J., entered September 8, 2006. *Remanded* by unpublished per curiam opinion.

[No. 58922-9-I. Division One. June 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCEL ALEXANDER MATTHEWS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-00042-7, Michael S. Spearman, J., entered September 11, 2006. *Affirmed* by unpublished per curiam opinion.